# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEUTSCHE BANK TRUST COMPANY AMERICAS,**

    **Plaintiff,**

vs.

    Case No. C2-07-1080
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

**SCOTT D. HOFF,**
    **et al.,**

    **Defendants.**

## ORDER

Plaintiff has notified the Court that Defendants-Mortgagors in this action have filed a petition under Chapter 13 of the United States Bankruptcy Code, Case No. 2:08-bk-53260 resulting in the imposition of an automatic stay under Section 362 of the Code, 11 U.S.C. § 362(a). Accordingly, this matter is **ADMINISTRATIVELY CLOSED**, subject to reopening by the filing of an appropriate motion by any interested party.

**IT IS SO ORDERED.**

_4-13-2008_
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**